IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAUSCHENBERGER INNOVATIONS GMBH, | CIVIL NO. 1:25-CV-0129 |
| Plaintiff | JUDGE SAPORITO |
| v. | |
| YIYANG ZHENGMAO NETWORK TECHNOLOGY CO., LTD., | |
| Defendant | |

ORDER

AND NOW, this 5th day of December, 2025, IT IS HEREBY ORDERED THAT plaintiff shall file with the Court a report on the status of service of the complaint in the above-captioned action upon the named defendant by **December 29, 2025**.

JOSEPH F. SAPORITO, JR.
United States District Judge